No. 95–5509. WASHINGTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 95–5510. STEWART v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95–5511. JACKSON, AKA KING, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5513. MURCER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5514. JONES, AKA PALMER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5515. ID-DIN, AKA STEWART v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5520. SEHORN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5521. SARGENT v. COLUMBIA FOREST PRODUCTS, INC. C. A. 2d Cir. Certiorari denied.

No. 95–5524. EMBREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5529. KREUZHAGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5531. BELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5532. DALY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5533. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5535. GEHL ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 95–5540. ATTWOOD v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.